Pedro PRECIADO, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 08–74178.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 10, 2011.

Carlos Alfredo Cruz, Esquire, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, OIL, Andrew Jacob Oliveira, Esquire, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Pedro Preciado, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance. *Sandoval–Luna v. Mukasey,* 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam). We deny in part and dismiss in part the petition for review.

Contrary to the respondent's contention, Preciado's petition for review was timely

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

filed on September 29, 2008. *See* 8 U.S.C. § 1252(b)(1); Fed. R.App. P. 26(a)(1)(C).

■ The agency did not abuse its discretion by not granting a continuance where Preciado did not request a continuance.

■ We lack jurisdiction to consider Preciado's challenge to the IJ's determination that he is removable under 8 U.S.C. § 1227(a)(2)(E)(i) because he failed to exhaust it. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.